UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENE CHANDLER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-509 |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 15. The M&R recommends denying defendant Commissioner of the Social Security Administration's ("Commissioner") motion for summary judgment (Dkt. 10) and granting plaintiff Rene Chandler's ("Chandler") motion for summary judgment (Dkt. 12). *Id.* at 13.

Objections to the M&R were due on September 13, 2019, but no objections have been filed to date. *See* Dkt. 15. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motions, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 15). For the reasons stated in the M&R, Commissioner's motion for summary judgment is DENIED (Dkt. 10), and Chandler's motion for summary judgment is GRANTED (Dkt. 12).

Signed at Houston, Texas on September 16, 2019.

Gray H. Miller
Senior United States District Judge